DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MITCHELL STUKEL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2683

[November 20, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 431994000906CFAXMX.

Mitchell Stukel, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***